**UNITED STATES of America,**
**Appellee,**

v.

**Omar CHAMBERS; Henry L. McKenzie; Pablo Casiano; Hector Rosado; Luis Ortiz; Robert Gonzalez; Luz Pagan and Evelyn Hernandez, Defendants,**

**David Carraballo and Edwin Diaz,**
**Defendants–Appellants.**

**Nos. 01–1334(L), 01–1335(CON).**

United States Court of Appeals,
Second Circuit.

March 29, 2002.

Dawn M. Cardi, Dawn M. Cardi & Associates, New York, NY, for Appellant David Carraballo.

Vernon Broderick, Assistant United States Attorney, Southern District of New York; Mary Jo White, United States Attorney; Christine H. Chung, Assistant United States Attorney, on the brief, for Appellee.

Present FEINBERG, STRAUB and KATZMANN, Circuit Judges.

*SUMMARY ORDER*

AFTER ARGUMENT AND UPON DUE CONSIDERATION, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the judgment of the District Court is hereby AFFIRMED.

Defendant–Appellant David Carraballo appeals from a judgment of conviction entered on June 18, 2001, in the United States District Court for the Southern District of New York (Robert W. Sweet,

*Judge* ), following his plea of guilty.* Carraballo contends that the District Court abused its discretion in denying his motion to withdraw his guilty plea on the basis of alleged ineffective assistance of counsel. We affirm substantially for the reasons stated by the District Court in its well-reasoned opinion of February 8, 2001. *United States v. Carraballo*, No. S12 98 Cr. 1316, 2001 WL 111284 (S.D.N.Y. Feb.8, 2001).

---

* Defendant Appellant Edwin Diaz also appeals; in a separate order, we have addressed his appeal, his counsel's motion pursuant to *An-* *ders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and the government's motion for summary affirmance.